UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN THOMAS ENTLER,　　　　　　　)
　　　　　　　　　　　　　　　　　) CASE NO. C10-0848-RAJ-MAT
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　) ORDER
　　　　　　　　　　　　　　　　　)
RICHARD ADAME,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　)
_____)

The Court, having reviewed the papers filed in support of and in opposition to the motion to dismiss and to stay discovery, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1)　The Report and Recommendation is adopted;

(2)　Defendant's motion to dismiss and to stay discovery (Dkt. 12) is **DENIED**;

(3)　Defendant is **DIRECTED** to file an answer in this matter **within thirty (30) days** of the date of this order; and

/ / /

ORDER
PAGE -1

01    (4)    The Clerk of Court is directed to send copies of this Order to plaintiff and to

02           Magistrate Judge Mary Alice Theiler.

03    DATED this 1st day of December, 2010.

04

05

06                                            _____

07                                            The Honorable Richard A. Jones
                                              United States District Judge
08

ORDER
PAGE -2