UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN THOMAS ENTLER,

    Plaintiff,

v.

RICHARD ADAME,

    Defendant.

CASE NO. C10-0848-RAJ

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Defendant's motion for summary judgment is DENIED; and

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge Mary Alice Theiler.

DATED this 23rd day of May, 2011.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -1